UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| INTEGRATED DYNAMICS SOLUTIONS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:12-cv-00815-MMD-PAL |
| vs. | ) ) | |
| JB CARTER PROPERTIES II, LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| FASTRAN, LLC, | ) ) | |
| Plaintiff, | ) ) | Case No. 2:12-cv-01156-MMD-PAL |
| vs. | ) ) | **ORDER** |
| NASROLLAH GASHTILI, et al., | ) ) | |
| Defendants. | ) ) | |

    This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Discovery Plan and Scheduling Order (Dkt. #27) filed November 19, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 4, 2013, or thirty days after dispositive motions were ruled upon. This case was consolidated with case no 2:12-cv-1156 MMD PAL. Counter Defendants filed a Motion for Summary Judgment (Dkt. #29) December 4, 2012, which the District Judge granted in an Order (Dkt. #43) entered April 23, 2013 dismissing 2:12-cv-1156 with prejudice, and dismissing all counterclaims in this consolidated case. The remaining parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied. Accordingly,

    **IT IS ORDERED** that:

    1.    Counsel for the parties shall file a joint pretrial order which fully complies with the

   requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., July 31, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. <u>See</u> Fed. R. Civ. P. 41(b).

2.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 5th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge