# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nashrollah Gashtili, et al.,

Plaintiffs,

V.

JB Carter Properties II, LLC, et al.,

Defendants.

Attorney Fees
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00815-MMD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Nashrollah Gashtili and Integrated Dynamic Solutions, Inc. and against JB Carter Properties Two, LLC, Bartus Carter, and Fastran, LLC in the amount of $53,238.50 for attorneys' fees.

May 12, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk