ROB L. PHILLIPS, ESQ. (BAR NO. 8225)
TYLER R. ANDREWS, ESQ. (BAR NO. 9499)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: PhillipsR@gtlaw.com
        AndrewsT@gtlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASHROLLAH GASHTILI, an individual; INTEGRATED DYNAMICS SOLUTIONS, INC., a California corporation,<br><br>            Plaintiffs/Counter-Defendants,<br><br>v.<br><br>JB CARTER PROPERTIES II, LLC, a Nevada limited liability company; BARTUS CARTER, an individual; FASTRAN, LLC, a Nevada limited liability company,<br><br>            Defendants/Counter-Plaintiffs. | Case No.:    2:12-cv-00815-MMD-PAL<br><br>[CONSOLIDATED WITH CASE NO. 2:12-CV-01156-MMD-PAL] |

## **NOTICE VACATING JUDGMENT DEBTOR EXAMINATION**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

///

///

///

///

///

///

///

*LV 420334930v1 124906.010100*                                                    - 1 -

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**PLEASE TAKE NOTICE** that Plaintiffs hereby vacate the judgment debtor examination of **DEFENDANT BARTUS CARTER III** scheduled for the **28th day of October, 2014** at **9:30 a.m.**

Dated this 27th day of October, 2014.

GREENBERG TRAURIG, LLP

   */s/ Tyler R. Andrews*
Rob L. Phillips, Esq. (Bar No. 8225)
Tyler R. Andrews Esq. (Bar No. 9499)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Plaintiffs

IT IS SO ORDERED this 31st day of October, 2014.

_____
Peggy A. Leen
United States Magistrate Judge

*LV 420334930v1 124906.010100*

- 2 -